7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Chrissy Lynn Overhauser
*Debtor*

*Bankruptcy Case No.*
11–40165–jwv7

**David C. Stover**
   Plaintiff(s)

*Adversary Case No.*
12–04199–jwv

v.

**Chrissy Lynn Overhauser**
   Defendant(s)

# JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Jerry W. Venters , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: That Debtors discharges shall be revoked pursuant to 11 U.S.C. §§ 727(a)(6) and (d)(3)
and that a default judgment shall be entered against the Debtor/Defendant in the amount of the $293.00 costs of this action.

Ann Thompson
Court Executive

By: /s/ Jamie Hinkle
   Deputy Clerk

Date of issuance: 10/10/12

Court to serve